Submitted on record and briefs March 2, reversed April 11, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TRAVIS LEROY GRIGSBY,
*Defendant-Appellant.*

Umatilla County Circuit Court
CFH050193; A131462

157 P3d 260

Ingrid Swenson, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Louis R. Miles, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Ryan Kahn, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeared voluntarily at an arraignment. At the arraignment, he read and signed a release agreement, which ordered him to appear in court on June 13, 2005. When that date arrived, defendant did not appear. He was charged with and convicted of first-degree failure to appear. ORS 162.205. At trial on that charge, defendant moved for a judgment of acquittal on the ground that the state had not established that he had been "released from custody or a correctional facility under a release agreement," as the law requires. ORS 162.205(1)(a). The trial court denied the motion.

On appeal, defendant argues that, under this court's decision in *State v. Ford*, 207 Or App 407, 142 P3d 107 (2006), the trial court erred because there was no showing that he ever was in "custody" within the meaning of the statute. The state concedes that, under *Ford*, defendant is correct. We agree and accept the concession.

Reversed.